IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     :        CRIMINAL ACTION

              v.             :

HARRY LEE RIDDICK, JR.       :        NO. 94-CR-159-1


ORDER


AND NOW, this   23rd   day of January, 2019, upon review of the Court's docket, the Defendant's Pro Se Motion to Reduce Sentence (Document 1044) should be closed as the issues were decided by the Court in the Order (Document 1058) denying the Defendant's Motion for a Sentence Reduction (Document 1055). Defendant's motion is MOOT.


BY THE COURT:


s/J. Curtis Joyner _____

J. CURTIS JOYNER, J.